1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: timothy_garrison@fd.org

5  Attorneys for Mr. HURETA-OTEO

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | CASE NO. 08MJ2495 |
| 11 | Plaintiff, ) | |
| 12 | v. ) | **NOTICE OF APPEARANCE** |
| 13 | GUILLERMO RAFAEL HURETA-OTEO ) | |
| 14 | Defendant. ) | |

17     Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Timothy R. Garrison, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in
19 the above-captioned case.

20                                  Respectfully submitted,

22 Dated: August 15, 2008            /s/ *Timothy R. Garrison*
                                     Federal Defenders of San Diego, Inc.
23                                   Attorneys for Defendant
                                     Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: August 15, 2008 　　　　　　　　　　　　 /s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)