UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> GUILLERMO RAFAEL HUERTA-OTEO ) <br> ) <br> Defendant(s) ) <br> ) | PLEASE RECEIPT AND RETURN <br><br> CRIMINAL NO. 08 MJ 2495 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

*Anthony J. Battaglia*

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

IRENE GONZALEZ-MACIAS

DATED: 8/14/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
   DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
   Deputy Clerk

B. LLOYD